CO 226
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Francis Gates
_____
Plaintiff(s)

vs.                                                            Civil Action No.: 06CV1500(RCM)

Syrian Arab Republic
_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

1. Syrian Arab Republic
2. Syrian Military Intelligence (al-Mukhabarat al-`Askariya)
3. General `Asif Shawkat
4. President Bashar al-Asad

The Minister of Foreign Affairs
Ministry of Foreign Affairs
Al-Rachid Street
Damascus, Syria

their phone number is 202.265.4585 (DHL will not ship without a phone number)

by: (check one)    ☐ registered mail, return receipt requested
                   ☑ DHL

pursuant to the provisions of: (check one)
    ☐ FRCP 4(f)(2)(C)(ii)
    ☑ 28 U.S.C. § 1608(a)(3)
    ☐ 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): Syrian Arab Republic, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Edward MacAllister
Perles Law Firm, PC
1146 19th Street, NW
Suite 500
Washington, DC 20036
(Name and Address)

RECEIVED
OCT 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT