# DHL International Waybill

**Process and Track your shipment online:** http://www.dhl.com
**1-800-CALL-DHL** in USA only

Waybill No: **778 4577 360**

## 1 | Payer account number and shipment value protection details

- Charge to: ☐ Shipper ☐ Receiver ☒ 3rd Party
- Payer Account No.: 795805361
- Shipment Value Protection: ☐ Yes Declared Value for Carriage (in US $) ___
- Cash ☐  Check ☐  Credit Card ☐

## 2 | From (Shipper)

- Shipper's Reference: 06CV1500 (RMC)
- Shipper's Account Number: ___
- Contact Name: ___
- Company Name: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
- Address: 333 CONSTITUTION AVENUE, NW WASHINGTON, DC 20001
- PostalZIP Code: 20001
- Phone, Fax, or E-mail: 202-354-3124

## 3 | To (Receiver)

- Contact Person: ___
- Company Name: MINISTRY OF FOREIGN AFFAIRS
- Delivery Address: AL-RACHID STREET DAMASCUS
- PostalZIP Code: ___
- Country: SYRIA
- Phone, Fax, or E-mail: 202-265-4585

## 4 | Shipment Details

- Total number of packages: 1
- Total Weight: ___ lbs
- Pieces / Dimensions (Length x Width x Height): ___

## 5 | Full Description of Contents

DOCUMENTS 06CV1500 (RMC)

## 6 | Dutiable Shipments Only

- Declared Value for Customs (in US $): 20.50 5361
- Type of Export: ☒ Permanent ☐ Repair/Return ☐ Temporary
- Destination Duties/Taxes: ☐ Receiver ☐ Shipper ☒ Other: Sender

## 7 | Shipper's Authorization (signature required)

Signature: [signed] Date: 10/16/06

## 8 | Products & Services

Service Options, Payment Details, etc.

PICKED UP BY: WCC
Route No.: 24
Time: 1730   Date: 10/16/06

Shipper's Copy

DHL Express (USA), Inc. 1200 South Pine Island Road, Plantation, Florida 33324