Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FRANCIS GATES, et al.
_____

      Plaintiff(s)

v.

Civil Action No. 06-1500 (RMC)

SYRIAN ARAB REPUBLIC, et al.
_____

      Defendant(s)

RE: SYRIAN ARAB REPUBLIC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on October 30, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 26th day of January, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
                Deputy Clerk