UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCIS GATES, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SYRIAN ARAB REPUBLIC, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 06-1500 (RMC) |

## ORDER

By oral motion presented to the Court at a status conference on July 9, 2007, Plaintiffs requested that this case be placed under seal for security reasons. For the reasons stated on the record, the motion to seal is hereby **GRANTED**; it is

**FURTHER ORDERED** that this case be placed **UNDER SEAL**. The Clerk is directed to seal the docket, including the Complaint filed on August 25, 2006, and all pleadings and docket entries from that date forward. The case shall remain under seal pending further order of the Court.

**SO ORDERED.**

Date: July 9, 2007

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge