UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Francis Gates, et al.** | : |
| **Plaintiffs,** | : |
| v. | : CIVIL ACTION NO.: 06CV-01500 (RMC) |
| | : **\*\*CASE UNDER SEAL\*\*** |
| **Syrian Arab Republic, et al.** | : |
| **Defendants** | : |

# MOTION TO APPOINT MICHAEL VOGEL
## AS COMMISSIONER OF THIS COURT

Plaintiffs, Fran Gates, et al., by counsel, pursuant to the provisions of Federal Civil Rule 28(b), herewith move the Court to issue a commission to Michael Vogel to take the oaths of deponents located abroad and within the United States.

Plaintiffs attach a Memorandum of Points and Authorities in support of their Motion.

October 22, 2007

Respectfully Submitted,

*[signature]*

Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
THE PERLES LAW FIRM, PC
1146 19th Street, NW, 5th Floor
Washington, DC 20036
Telephone: 202-955-9055
Telefax:    202-955-3806

Roy Barnes (GA Bar #039000)
John Salter (GA Bar #623325)
The Barnes Law Group
P.O. Box 489
Marietta, Georgia 30061
Telephone:  770-419-8505
Telefax:    770-590-8958


Gaeton L. Drexinger (GA Bar # 230310)
Gaeton L. Drexinger, P.C.
145 Church Street, Suite 101
Marietta, GA 30060
Telephone:  770-419-0445
Telefax:    770-424-1408

UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Francis Gates, et al.** | : |
| **Plaintiffs,** | : |
| v. | :CIVIL ACTION NO.: 06CV-01500 (RMC) |
| | : **\*\*CASE UNDER SEAL\*\*** |
| **Syrian Arab Republic, et al.** | : |
| **Defendants** | : |

## MEMORANDUM IN SUPPORT OF
## MOTION TO APPOINT MICHAEL VOGEL AS A
## COMMISSIONER OF THIS COURT

Plaintiffs, Fran Gates, et al., by counsel, in support of their Motion cite the provisions of Federal Civil Rule 28(b). Michael Vogel will record the depositions of various witnesses located abroad and within the United States. Michael Vogel is not related to any party and has no financial stake in the proceedings.

Michael Vogel is an international business consultant. Through his company, M.J. Vogel & Associates, Inc. Michael J. Vogel, has for the past 35 years provided independent consultation, business development, and marketing support directly & indirectly to global clients from the government, public safety, commercial, and private sector. The clients have had principal interests in solving fundamental and complex security challenges in standing up, equipping, training, and fielding police forces, special mission organizations, theatre management

infrastructures, and commercial interest entities focused on the preservation and advancement of global democratic interests to society.

Wherefore, Plaintiffs pray that the Motion be granted and that the Court issue a commission to Michael Vogel pursuant to the provisions of Federal Civil Rule 28(b).

October 22, 2007                    Respectfully Submitted,

_____
Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
THE PERLES LAW FIRM, PC
1146 19th Street, NW, 5th Floor
Washington, DC 20036
Telephone: 202-955-9055
Telefax:    202-955-3806

Roy Barnes (GA Bar #039000)
John Salter (GA Bar #623325)
The Barnes Law Group
P.O. Box 489
Marietta, Georgia 30061
Telephone:  770-419-8505
Telefax:    770-590-8958


Gaeton L. Drexinger (GA Bar # 230310)
Gaeton L. Drexinger, P.C.
145 Church Street, Suite 101
Marietta, GA 30060
Telephone:  770-419-0445
Telefax:    770-424-1408

CERTIFICATE OF SERVICE

The undersigned hereby warrants that the Defendants are in default in the proceedings having never responded to the service of the complaint and summons and also have not entered an appearance in this case. Should Defendants enter an appearance; Plaintiffs will promptly serve them with all pleadings filed under seal at the Court in connection with this case.

Steven R. Perles