UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Francis Gates, et al. | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO.: 06CV-01500 (RMC) |
| | : **CASE UNDER SEAL** |
| Syrian Arab Republic, et al. | : |
| Defendants | : |

## ORDER

Upon consideration of Plaintiffs' Motion to Appoint Michael Vogel as a Commissioner of this Court and Plaintiffs' Memorandum in Support thereof, it is this _____ day of _____, 2007

**ORDERED**, that Michael Vogel pursuant to the provisions of Federal Civil Rule 28(b), be and he hereby is appointed a Commissioner of this Court for the purposes of administering oaths and taking testimony in the above-captioned matter.

_____
**Rosemary M. Collyer**
**United States District Judge**

**Copies to:**

**Counsel for Plaintiffs**

Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
THE PERLES LAW FIRM, PC
1146 19th Street, NW, 5th Floor
Washington, DC 20036

Telephone: 202-955-9055
Telefax:    202-955-3806


Roy Barnes (GA Bar #039000)
John Salter (GA Bar #623325)
The Barnes Law Group
P.O. Box 489
Marietta, Georgia 30061
Telephone:    770-419-8505
Telefax:       770-590-8958

Gaeton L. Drexinger (GA Bar # 230310)
Gaeton L. Drexinger, P.C.
145 Church Street, Suite 101
Marietta, GA 30060
Telephone:    770-419-0445
Telefax:       770-424-1408

**Defendants are in default**