UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

Francis Gates, et al.            :
                                 :
        Plaintiffs,              :
                                 :
v.                               : CIVIL ACTION NO.: 06CV-01500 (RMC)
                                 :
                                 : **CASE UNDER SEAL**
Syrian Arab Republic, et al.     :
                                 :
        Defendants               :
                                 :
.................................:

# ORDER

Upon consideration of Plaintiffs' Motion to Appoint Michael Vogel as a Commissioner of this Court and Plaintiffs' Memorandum in Support thereof, it is this 22 day of October, 2007

**ORDERED**, that Michael Vogel pursuant to the provisions of Federal Civil Rule 28(b), be and he hereby is appointed a Commissioner of this Court for the purposes of administering oaths and taking testimony in the above-captioned matter.

_____
Rosemary M. Collyer
United States District Judge

**Copies to:**

**Counsel for Plaintiffs**

Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
THE PERLES LAW FIRM, PC
1146 19th Street, NW, 5th Floor
Washington, DC 20036

2

Telephone: 202-955-9055
Telefax:    202-955-3806


Roy Barnes (GA Bar #039000)
John Salter (GA Bar #623325)
The Barnes Law Group
P.O. Box 489
Marietta, Georgia 30061
Telephone:   770-419-8505
Telefax:     770-590-8958

Gaeton L. Drexinger (GA Bar # 230310)
Gaeton L. Drexinger, P.C.
145 Church Street, Suite 101
Marietta, GA 30060
Telephone:   770-419-0445
Telefax:     770-424-1408

**Defendants are in default**