UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRANCIS GATES, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>SYRIAN ARAB REPUBLIC, *et al.*,<br><br>    Defendants. | Civil Action No. 06-1500 (RMC)<br><br>**FILED**<br>JAN - 4 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

For the reasons stated on the record at a hearing on January 4, 2008, it is hereby **ORDERED** that all pleadings and docket entries in this case prior to this date shall remain under seal pending further order of this Court; and it is

**FURTHER ORDERED** that all future filings and docket entries in this case shall <u>not</u> be under seal, unless there is an order of this Court directing otherwise.

**SO ORDERED.**

Date:   January 4, 2008

                                                            /s/ Rosemary M. Collyer
                                                            ROSEMARY M. COLLYER
                                                            United States District Judge