UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Francis Gates, et al.** | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| v. | :CIVIL ACTION NO.: 06CV-01500 (RMC) |
| | : |
| **Syrian Arab Republic, et al.** | : |
| | : |
| **Defendants** | : |
| | : |
| ..............................| : |

### MOTION FOR RELEASE TO PLAINTIFFS' COUNSEL THE SEALED PORTION OF THE DOCKET SHEET AND CERTAIN HEARING TRANSCRIPTS

Plaintiffs, Fran Gates, et al., by counsel, pursuant to the provisions of Federal Rule Civil Procedure 7 and Local Rule 7, herewith move the Court to release to Plaintiffs' counsel the sealed portion of the docket sheet to allow Counsel to adequately prepare for the January 25, 2008 telephone conference with Judge Collyer and to allow Crystal Pilgrim, the court reporter, to transcribe and release to Plaintiffs' counsel the sealed transcripts of two status hearings that occurred on July 9, 2007 at 2:30pm and December 17, 2007 at 10:00am.

Plaintiffs attach a Memorandum of Points and Authorities in support of their Motion and a proposed order.

**January 23, 2007**               **Respectfully Submitted,**
                                   **/s/ *Steven R. Perles***
                                   **Steven R. Perles (No. 326975)**
                                   **Edward MacAllister (No. 494558)**
                                   **THE PERLES LAW FIRM, PC**
                                   **1146 19th Street, NW, 5th Floor**
                                   **Washington, DC 20036**
                                   **Telephone: 202-955-9055**
                                   **Telefax:    202-955-3806**

**Roy Barnes (GA Bar #039000)**
**John Salter (GA Bar #623325)**
**The Barnes Law Group**
**P.O. Box 489**
**Marietta, Georgia 30061**
**Telephone:** 770-419-8505
**Telefax:** 770-590-8958


**Gaeton L. Drexinger (GA Bar # 230310)**
**Gaeton L. Drexinger, P.C.**
**145 Church Street, Suite 101**
**Marietta, GA 30060**
**Telephone:** 770-419-0445
**Telefax:** 770-424-1408

2