UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Francis Gates, et al.** | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| v. | :CIVIL ACTION NO.: 06CV-01500 (RMC) |
| | : |
| **Syrian Arab Republic, et al.** | : |
| | : |
| **Defendants** | : |
| | : |
| ............................ | : |

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR RELEASE TO PLAINTIFFS' COUNSEL THE SEALED PORTION OF THE DOCKET SHEET AND CERTAIN HEARING TRANSCRIPTS

Plaintiffs, Fran Gates, et al., by counsel, pursuant to the provisions of Federal Rule Civil Procedure 7 and Local Rule 7, herewith move the Court to release to Plaintiffs' counsel the sealed portion of the docket sheet to allow Counsel to adequately prepare for the January 25, 2008 telephone conference with Judge Collyer and to allow Crystal Pilgrim, the court reporter, to transcribe and release to Plaintiffs' counsel the sealed transcripts of two status hearings that occurred on July 9, 2007 at 2:30pm and December 17, 2007 at 10:00am.

The Court has scheduled a January 25, 2008 telephone conference with Plaintiffs' counsel for the purpose of discussing the status of the docket and the documents that had been filed on it prior to the Court's order of January 4, 2008, which unsealed "all future filings and docket entries in this case." Plaintiffs' counsel wants to ensure that he is properly prepared for the telephone conference by reviewing each docket entry prior to the discussion with Judge

Collyer. It is not possible to methodically review each docket entry without reference to the ECF docket sheet itself. When counsel reviews the docket sheet by using the ECF website, only the docket entries posted after January 4, 2008 are visible.

Counsel contacted the Clerk's office of United States District Court for the District of Columbia in an attempt to acquire the docket sheet for the above-described purpose and spoke with Michael Darby in the Records Office. Mr. Darby indicated that he could not release the portion of the ECF docket sheet that remained sealed or hidden from public view on the ECF website without a Court order instructing him to do so. Counsel therefore files this motion and memorandum in support thereof.

Furthermore, on January 18, 2008, counsel for Plaintiffs contacted Crystal Pilgrim, court reporter for Judge Collyer, and gave her two dates for status conferences – July 9, 2007 at 2:30pm and December 17, 2007 at 10:00am – so that the court reporter may transcribe and release these transcripts to Plaintiffs' counsel. Ms. Pilgrim informed counsel for Plaintiffs that she would not be able to begin to transcribe the transcripts without an order from the Court because those documents are still under seal. Counsel for Plaintiffs needs a transcription of these sealed transcripts so Plaintiffs may send proposed redactions to the Court prior to the unsealing of the transcripts.

Wherefore, Plaintiffs pray that the Motion be granted and that the Court release the sealed portion of the docket sheet to allow Counsel to adequately prepare for the January 25, 2008 telephone conference with Judge Collyer and to allow Crystal Pilgrim, the court reporter, to transcribe and release to Plaintiffs; counsel the sealed transcripts of two status hearings that occurred on July 9, 2007 at 2:30pm and December 17, 2007 at 10:00am.

| | |
|---|---|
| **January 23, 2008** | **Respectfully Submitted,** |

**/s/ *Steven R. Perles***
**Steven R. Perles (No. 326975)**
**Edward MacAllister (No. 494558)**
**THE PERLES LAW FIRM, PC**
**1146 19th Street, NW, 5th Floor**
**Washington, DC 20036**
**Telephone: 202-955-9055**
**Telefax:    202-955-3806**

**Roy Barnes (GA Bar #039000)**
**John Salter (GA Bar #623325)**
**The Barnes Law Group**
**P.O. Box 489**
**Marietta, Georgia 30061**
**Telephone:   770-419-8505**
**Telefax:     770-590-8958**

**Gaeton L. Drexinger (GA Bar # 230310)**
**Gaeton L. Drexinger, P.C.**
**145 Church Street, Suite 101**
**Marietta, GA 30060**
**Telephone:   770-419-0445**
**Telefax:     770-424-1408**

3