UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Francis Gates, et al. | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO.: 06CV-01500 (RMC) |
| Syrian Arab Republic, et al. | : |
| Defendants | : |

# **ORDER**

    Upon consideration of Plaintiffs' Motion to Release to Plaintiffs' Counsel the Sealed Portion of the Docket Sheet and to allow Crystal Pilgrim, the court reporter, to transcribe and release to Plaintiffs' counsel the sealed transcripts of two status hearings that occurred on July 9, 2007 at 2:30pm and December 17, 2007 at 10:00am and Plaintiffs' Memorandum in Support thereof, it is this _____ day of _____, 2008,

**it is hereby ORDERED**, the Clerk's Office release to Plaintiffs' counsel the sealed portion of the docket sheet in the above-captioned case;

**and it is further ordered** that Crystal Pilgrim, the court reporter, be allowed to transcribe and release to Plaintiffs' counsel the sealed transcripts of two status hearings that occurred on July 9, 2007 at 2:30pm and December 17, 2007 at 10:00am.

_____
**Rosemary M. Collyer**
**United States District Judge**

**Copies to:**

**Counsel for Plaintiffs**

Steven R. Perles (No. 326975)
Edward MacAllister   (No. 494558)
THE PERLES LAW FIRM, PC
1146 19th Street, NW, 5th Floor
Washington, DC 20036
Telephone: 202-955-9055
Telefax:     202-955-3806


Roy Barnes (GA Bar #039000)
John Salter (GA Bar #623325)
The Barnes Law Group
P.O. Box 489
Marietta, Georgia 30061
Telephone:    770-419-8505
Telefax:       770-590-8958

Gaeton L. Drexinger (GA Bar # 230310)
Gaeton L. Drexinger, P.C.
145 Church Street, Suite 101
Marietta, GA 30060
Telephone:   770-419-0445
Telefax:      770-424-1408

**Defendants are in default**