UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

Francis Gates, et al.           :
                                :
         Plaintiffs,            :
                                :
v.                              : CIVIL ACTION NO.: 06CV-01500 (RMC)
                                :
Syrian Arab Republic, et al.    :
                                :
         Defendants             :
                                :
. . . . . . . . . . . . . . . . :

# ORDER

Upon consideration of Plaintiffs' Motion to Release to Plaintiffs' Counsel the Sealed Portion of the Docket Sheet and to allow Crystal Pilgrim, the court reporter, to transcribe and release to Plaintiffs' counsel the sealed transcripts of two status hearings that occurred on July 9, 2007 at 2:30pm and December 17, 2007 at 10:00am and Plaintiffs' Memorandum in Support thereof, it is this 24 day of January 2008,

**it is hereby ORDERED**, the Clerk's Office release to Plaintiffs' counsel the sealed portion of the docket sheet in the above-captioned case;

**and it is further ordered** that Crystal Pilgrim, the court reporter, shall transcribe and release to Plaintiffs' counsel the sealed transcripts of two status hearings that occurred on July 9, 2007 at 2:30pm and December 17, 2007 at 10:00am.

/s/ Rosemary M. Collyer
**Rosemary M. Collyer**
**United States District Judge**

**Copies to:**

        **Counsel for Plaintiffs**

        Steven R. Perles (No. 326975)
        Edward MacAllister   (No. 494558)
        THE PERLES LAW FIRM, PC
        1146 19th Street, NW, 5th Floor
        Washington, DC 20036
        Telephone: 202-955-9055
        Telefax:     202-955-3806


        Roy Barnes (GA Bar #039000)
        John Salter (GA Bar #623325)
        The Barnes Law Group
        P.O. Box 489
        Marietta, Georgia 30061
        Telephone:     770-419-8505
        Telefax:          770-590-8958

        Gaeton L. Drexinger (GA Bar # 230310)
        Gaeton L. Drexinger, P.C.
        145 Church Street, Suite 101
        Marietta, GA 30060
        Telephone:   770-419-0445
        Telefax:        770-424-1408

        **Defendants are in default**