# UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Francis Gates, et al. | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : CIVIL ACTION NO.: 06CV-01500 (RMC) |
| | : |
| Syrian Arab Republic, et al. | : |
| | : |
| Defendants | : |
| | : |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | : |

## ERRATA

Plaintiffs hereby file this Errata to correct Docket Entry 24. An error was made in the electronic filing of the document, such that Plaintiffs' Exhibit 1 failed to be filed and was left off the electronic docket. Accordingly, Plaintiffs file this Errata to correct the docket. Plaintiffs will re-file their Motion for an Order and the Proposed order, with Exhibit 1.

February 22, 2008                    Respectfully Submitted,

*/s/ John F. Salter*                    */s/ Steven R. Perles*

John F. Salter                        Steven R. Perles (No. 326975)
Ga. Bar No. 623325                    Edward MacAllister (No. 494558)
The Barnes Law Group, LLC             THE PERLES LAW FIRM, PC
P.O. Box 489                          1146 19th Street, NW, 5th Floor
Marietta, Georgia 30061               Washington, DC 20036
Telephone: 770-419-8505               Telephone: 202-955-9055
Facsimile: 770-590-8958               Facsimile: 202-955-3806

Attorney for Plaintiffs