UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Francis Gates, et al.** | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| v. | :CIVIL ACTION NO.: 06CV-01500 (RMC) |
| | : |
| **Syrian Arab Republic, et al.** | : |
| | : |
| **Defendants** | : |
| | : |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | : |

## NOTICE OF FILING OF REDACTED PLEADINGS

Plaintiffs, Fran Gates, et al., by counsel, pursuant to the Court's request to file a redacted copy of certain pleadings on the ECF system, herewith notify the Court of the filing of the following redacted pleadings (attached as exhibits, as numbered below):

1. Plaintiffs' Motion for Leave for John F. Salter to Appear as Counsel Pro Hac Vice for Plaintiffs, filed December 17, 2007;

2. Plaintiffs' Motion for Leave for Roy E. Barnes to Appear as Counsel Pro Hac Vice for Plaintiffs, filed December 17, 2007;

3. Plaintiffs' Trial Brief, filed December 21, 2007;

4. Plaintiffs' Memorandum Regarding Witness Identities, the Openness of Judicial Proceedings and the Sealing/Redaction of Judicial Records, filed December 28, 2007.

May 14, 2008                              Respectfully Submitted,


/s/ *Steven R. Perles*
**Steven R. Perles (No. 326975)**
**Edward MacAllister (No. 494558)**
**THE PERLES LAW FIRM, PC**
**1146 19th Street, NW, 5th Floor**
**Washington, DC 20036**
**Telephone: 202-955-9055**
**Telefax:     202-955-3806**