UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRANCIS GATES, et al.

Plaintiffs,

CASE NUMBER: 1:06CV01500

v.

SYRIAN ARAB REPUBLIC, et al.

Defendants.

## MOTION FOR LEAVE TO APPEAR AS COUNSEL PRO HAC VICE FOR PLAINTIFFS

COME NOW Plaintiffs, and pursuant to Superior Court Rule 4.4, move this Court to allow John F. Salter to appear as counsel *pro hac vice* for Plaintiffs in this case. Plaintiffs respectfully show the Court as follows:

1.

Mr. Salter is a lawyer with The Barnes Law Group, LLC, located at 31 Atlanta Street, Marietta, Georgia 30060, (770) 419-8505.

2.

Mr. Salter is currently admitted to practice as an attorney in the State of Georgia.

3.

Mr. Salter has not been disciplined by any bar. His letter of good standing from the State Bar of Georgia is attached hereto as Exhibit A.

1

4.

Mr. Salter has not been admitted *pro hac vice* to this court within the last two years.

5.

Mr. Salter has been associated to serve as counsel for Plaintiffs along with Steven R. Perles and Edward MacAllister of The Perles Law Firm, PC, 1146 19th Street, NW, 5th Floor, Washington, DC 20036, (202) 955-9055. Mr. Perles and Mr. MacAllister are admitted to practice in the Courts of this district.

WHEREFORE, plaintiffs move for the admission of John F. Salter *pro hac vice* as counsel for Plaintiffs in this case and request that the Court enter the Order attached as Exhibit B.

This 17th day of December, 2007.

          THE PERLES LAW FIRM, PC

          */s/ Steven R. Perles*

          Steven R. Perles (No. 326975)
          Edward MacAllister (No. 494558)
          Attorney for Plaintiffs

1146 19th Street, NW, 5th Floor
Washington, DC 20036
Telephone: 202-955-9055
Facsimile: 202-955-3806

          THE BARNES LAW GROUP, LLC

          */s/ Roy E. Barnes*

          Roy E. Barnes (GA No. 039000)
          John F. Salter (GA No. 623325)

31 Atlanta Street
Marietta, GA 30060
Telephone: 770-419-8505
Facsimile: 770-591-8958

3

A



# STATE BAR OF GEORGIA

*Lawyers Serving the Public and the Justice System*

Mr. John Frank Salter Jr.
The Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA 30060


**CURRENT STATUS:**   Active Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:**   11/22/2000

**Attorney Bar Number:**   623325

**Today's Date:**   December 12, 2007

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
- Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.
- Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in "good standing" as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Judy Hill*
Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ▪ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ▪ (800) 330-0446
FAX (229) 382-7435

B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRANCIS GATES, et al.                CASE NUMBER: 1:06CV01500

Plaintiffs,

v.

SYRIAN ARAB REPUBLIC, et al.

Defendants.

### Order

The Court having considered the Motion for Leave to Appear As Counsel Pro Hac Vice for Plaintiffs, the same is hereby GRANTED and John F. Salter shall be added as counsel for Plaintiffs.

This ____ day of _____, 2007.

_____
Honorable Rosemary M. Collyer