UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Francis Gates, et al.** | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| v. | :CIVIL ACTION NO.: 06CV-01500 (RMC) |
| | : |
| **Syrian Arab Republic, et al.** | : |
| | : |
| **Defendants** | : |
| | : |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | : |

**MOTION TO SUBMIT DOCUMENT UNDER SEAL**

Plaintiffs, Fran Gates, et al., by counsel, pursuant to Local Rule 5(j), herewith submit an unredacted copy of Exhibit 57 to the Court under seal as provided in the Court's Orders of January 4, 2008 and May 14, 2008.

Plaintiffs state the following in support of their Motion and attach a proposed order.

- On January 4, 2008, the Court ordered that all future filings shall not be under seal unless otherwise ordered by the Court; and

- on May 14, 2008, the Court ordered that the unredacted copy of Exhibit 57, which is attached, shall remain under seal.

Plaintiffs therefore respectfully request that the Court accept Exhibit 57 under seal.

**May 22, 2008**                                        **Respectfully Submitted,**
                                                        **/s/ *Steven R. Perles***
                                                        **Steven R. Perles (No. 326975)**
                                                        **Edward MacAllister (No. 494558)**
                                                        **THE PERLES LAW FIRM, PC**
                                                        **1146 19th Street, NW, 5th Floor**
                                                        **Washington, DC 20036**
                                                        **Telephone: 202-955-9055**
                                                        **Telefax:    202-955-3806**