UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Francis Gates, et al.** | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| v. | :CIVIL ACTION NO.: 06CV-01500 (RMC) |
| | : |
| **Syrian Arab Republic, et al.** | : |
| | : |
| **Defendants** | : |
| | : |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | : |

### NOTICE OF FILING OF EXHIBIT 57 UNDER SEAL

Plaintiffs, Fran Gates, et al., by counsel, pursuant to Local Rule 5(j), today submitted to the Clerk of the Court an unredacted copy of Exhibit 57 under seal as required in the Court's Orders of January 4, 2008 and May 14, 2008.

**May 22, 2008**                                         Respectfully Submitted,

                                                                    **/s/** *Steven R. Perles*
                                                                    **Steven R. Perles (No. 326975)**
                                                                    **Edward MacAllister (No. 494558)**
                                                                    **THE PERLES LAW FIRM, PC**
                                                                    **1146 19th Street, NW, 5th Floor**
                                                                    **Washington, DC 20036**
                                                                    **Telephone: 202-955-9055**
                                                                    **Telefax:     202-955-3806**