UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Francis Gates, et al.** | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| v. | :CIVIL ACTION NO.: 06CV-01500 (RMC) |
| | : |
| **Syrian Arab Republic, et al.** | : |
| | : |
| **Defendants** | : |
| | : |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | : |

**PRAECIPE – NOTICE OF WITHDRAWAL**
**OF MOTION TO SUBMIT DOCUMENT UNDER SEAL**

Plaintiffs, Fran Gates, et al., by counsel, requests that the documents filed as docket numbers 39 and 40 be withdrawn. The Court has advised Counsel that the motion to submit a trial exhibit under seal, filed at docket number 39, is not necessary for the orderly disposition of the trial exhibits or otherwise required. Docket number 40 is merely a notice of filing of the unnecessary motion at docket number 39, so both documents were therefore filed in error by counsel for Plaintiffs.

Wherefore Plaintiff respectfully requests that that the documents filed as docket numbers 39 and 40 be withdrawn.

May 27, 2008                                    Respectfully Submitted,

                                                /s/ *Steven R. Perles*
                                                **Steven R. Perles (No. 326975)**
                                                **Edward MacAllister (No. 494558)**
                                                **PERLES LAW FIRM, PC**
                                                **1146 19th Street, NW, 5th Floor**
                                                **Washington, DC 20036**

**Telephone:** 202-955-9055
**Telefax:** 202-955-3806

2