

*EXPRESS*

06-1500 (RMC)

Dear Customer,

Your shipment to [......DAM......] is being returned to you, because it is considered un-
authorized and/or violates Export Administration Regulations (EAR) and/or other Laws,
Regulation and Orders of the United States and its Agencies and/or DHL Policy for export
due to one or all of the following:

- ☐ Restricted Party
- ☐ Unacceptable commodity
- ☐ Unacceptable Origin
- ☐ Incomplete description of commodity
- ☐ DHL air waybill not completed in English
- ☐ Missing full contact name for shipper (first & last names are mandatory)
- ☒ Missing full contact name for receiver (first & last names are mandatory)
- ☐ Missing actual or complete address of receiver
- ☐ Missing actual or complete address of shipper (no P.O. Box addresses)
- ☐ Need address of actual shipper (not information of mail center)
- ☐ Airway bill not legible
- ☐ Other.......................................................

Should you have any questions about your returned shipment, please call the Customer
Relations Center at 1-800-225-5345.

Thank you for your business and we look forward to serving you in the future.

# RECEIVED

OCT 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

HAWB#  783 7617 826

Initials  ST

10-17008 XX

1200 South Pine Island Road
Plantation, Florida 33324
**www.us.dhl.com**